UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No.   08 CR 401-11 |
| | ) | Hon. James B. Zagel |
| GLENN ISLAND | ) | |

**INFORMATION STATING PREVIOUS DRUG CONVICTION TO BE
RELIED UPON IN SEEKING INCREASED PUNISHMENT**

The UNITED STATES OF AMERICA, by its attorney, PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, hereby files this Information Stating Previous Conviction to Be Relied Upon in Seeking Increased Punishment pursuant to 21 U.S.C. § 851(a):

In the event the defendant is convicted of the offense under Title 21, United States Code, Section 846 charged in Count One of the Indictment in this case, the United States shall seek increased punishment pursuant to Title 21, United States Code, Section 841(b) based on one of the following convictions for a felony drug offense which became final prior to the commission of the offense charged in Count One of the Indictment:

(1) On or about February 24, 1998, the defendant was convicted of manufacturing/delivery of cannabis, in the Circuit Court of Cook County, Illinois, in case number 97CR0564803. The defendant was sentenced to two years' imprisonment in the Illinois Department of Corrections.

(2) On or about November 5, 2003, the defendant was convicted of possession of

a controlled substance other than methamphetamine, in the Circuit Court of Cook County, Illinois, in case number 03CR1787601. The defendant was sentenced to three years' imprisonment in the Illinois Department of Corrections; and

(3) On or about August 3, 2006, the defendant was convicted of possession of a controlled substance other than methamphetamine, in the Circuit Court of Cook County, Illinois, in case number 06CR0249601. The defendant was sentenced to three years' imprisonment in the Illinois Department of Corrections.

WHEREFORE, the government gives notice that defendant has at least one prior conviction for a felony drug offense, and thus the sentence upon his conviction for the offense under Title 21, United States Code, Section 846 charged in Count One of the Indictment in this case shall include a term of imprisonment of not less than 20 years and not more than life, a fine not to exceed $8,000,000, and a term of supervised release of not less than 10 years up to and including any number of years, pursuant to Title 21, United States Code, Section 841(b)(1)(A)(iii).

Dated:    Chicago, Illinois
          August 26, 2007

    Respectfully submitted.
    PATRICK J. FITZGERALD
    United States Attorney

By: _____
    SHARON R. FAIRLEY
    Assistant United States Attorney
    219 S. Dearborn Street
    Chicago, Illinois  60604
    (312) 353-0589

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No.　08 CR 401-11 |
| | ) | Hon. James B. Zagel |
| GLENN ISLAND | ) | |

### Certificate of Service

The undersigned Assistant United States Attorney hereby certifies that in accordance with Fed. R. Crim. P. 49, Fed. R. Civ. P. 5, L.R. 5.5 and the General Order on Electronic Case Filing (ECF), the **INFORMATION STATING PREVIOUS DRUG CONVICTION TO BE RELIED UPON IN SEEKING INCREASED PUNISHMENT**, was served pursuant to the district court's ECF system as to ECF filers, and that such filing will give notice to all parties.

By:　/s/ Sharon R. Fairley
SHARON R. FAIRLEY
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois  60604
(312) 353-0951