UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

GLENN ISLAND

v.

UNITED STATES OF AMERICA.

No. 08 CR 401-11
Judge James B. Zagel

# MEMORANDUM OPINION AND ORDER

This is one of a series of cases in which sentences were (to some degree) reconsidered in light of a change in Guidelines. In this instance, I think the operative Guideline is the one that applies to career offenders. That Guideline, which I used at the original sentencing, has not changed. Therefore, I do not have the authority to change this sentence. But even if I did have that authority, I would impose the same sentence I handed down when the initial judgment was entered. When I resentenced the defendant, I explicitly stated that I would not change the sentence even if it were to be imposed under Amendment 782 Guideline. In simple terms, I reaffirm my judgment that the appropriate term of imprisonment is 204 months.

ENTER:

James B. Zagel
United States District Judge

DATE: November 18, 2015